# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JAISANKAR MARIMUTHU, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 248) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 24th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge